ORIGINAL


FILED
JAN - 5 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 1850
   Los Angeles, CA 90014
3  (213) 689-3014  FAX (213) 689-3055

4
                UNITED STATES BANKRUPTCY COURT
5               CENTRAL DISTRICT OF CALIFORNIA

6
   In re:                          ) Case No.: LA 01-20449 VZ
7                                  )
                                   ) NOTICE OF UNCLAIMED DIVIDEND
8     Rodriguez, Frank             ) (Bankruptcy Rule 30111)
      Rodriguez, Maria             )
9                                  )
                                   )
10                                 )
                                   )
11                                 )
                                   )
12 _____)

13    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

14    Please find annexed hereto Check No. 478031 in the sum of

15 $343.96 representing the total amount of unclaimed dividend in

16 the above-entitled debtor's estate.  The check was not

17 deliverable at the address of record.  The Trustee, after due

18 diligence, has not been able to locate the payee.  Said sum is

19 paid over to you pursuant to Bankruptcy Rule 3011.  The record

20 reflects the name and address of the party entitled to said

21 unclaimed dividend to be:

22              Verizon California

23              404 Brock Drive
                Bloomington, IL  61701
24
                                    _____
25 Date: 12/22/05                        NANCY CURRY

         NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

                              - 1

Unclaimed dividend -- forwarded to the Fiscal Department of U. S. Bankruptcy Court

| Claim No. | Case No. | Debtor Name | SSN | Amount |
|---|---|---|---|---|
| #421-0 | 01-20449 VZ | Rodriguez, Frank | xxx-xx-2767 | 343.96 |
| | | Rodriguez, Maria | xxx-xx-0823 | |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS AND MICRO PRINTING ON FACE, TRUE WATERMARK.

**NANCY CURRY**
**CHAPTER 13 TRUSTEE**
606 S. OLIVE ST., SUITE 1850
LOS ANGELES, CA 90014

SUNTRUST  87-342/642

№ 478031

CHECK NO.

PAY  EXACTLY 343 DOLLARS AND 96 CENTS    12/20/05    478031

TO THE ORDER OF

AMOUNT
$343.96

U. S. Bankruptcy Court
Fiscal Department
255 E. Temple St., Room 1067
Los Angeles, CA 90012

*Nancy Curry*

VOID AFTER 90 DAYS

⑃478031⑃ ⑆064203429⑆ 575200⑃